IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>            Plaintiff,            )<br>                                                        )<br>vs.                                              )<br>                                                        )<br>JODI MURATELLA,                   )<br>                                                        )<br>            Defendant.          ) | Case No. 8:14CR155<br><br><br>ORDER |

This case is before the court on the defendant Jodi Muratella's Motion for Reconsideration of Detention Order (#137). The motion requests a release of the defendant to participate in an intensive outpatient program at the Miracles Program at the Siena Francis House. The motion is denied without hearing.

A review of the defendant's Pretrial Services report (#54) shows the defendant has been previously convicted of three felony drug offenses (1995, 2006, 2006). The defendant was also convicted of failure to appear in 2006. Additionally, the defendant has been involved in several drug-treatment programs, including residential treatment through the Bureau of Prisons during her last incarceration, and inpatient treatment at the Valley of Hope in O'Neill, Nebraska in 1995.

Defendant's proposed outpatient treatment program fails to rebut the presumption of detention under 18 U.S.C. § 3142(e) and fails to address the court's concern as to flight and danger as set out in the court's September 19, 2014, Detention Order (#61).

**IT IS ORDERED,** defendant Jodi Muratella's Motion for Reconsideration of Detention Order (#137) is denied without hearing.

Dated this 26th day of February 2015.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge